# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Latasha Thomas (1),<br><br>  Defendants. | Case. No. 25-cr-12 (ADM/DJF)<br><br>**AMENDED<br>SCHEDULING ORDER** |

This matter is before the Court on Defendant Latasha Thomas's Motion for Continuance of Motion Filing Date and Motion Hearing ("Motion") (ECF No. 42). Due to recent Government disclosures, Ms. Thomas requests an additional ten days to file any motions, to continue the motion hearing currently scheduled for June 4, 2025, and to exclude time from the Speedy Trial Act calculations in this case. (*Id.* at 1.) The Government does not oppose the Motion. The Court has reviewed the Motion (ECF No. 42) and finds good cause for a continuance.

Accordingly, **IT IS ORDERED** that Defendant Latasha Thomas's Motion (ECF No. 42) is **GRANTED** as follows:

1. Defendants' pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **May 23, 2025**.

2. **Counsel must electronically file a letter on or before May 23, 2025, if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **June 6, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **June 9, 2025**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing and arraignment currently scheduled for **June 4, 2025 at 9:00 a.m.** are **CANCELED**.

6. The arraignment is rescheduled for **June 17, 2025 at 3:00 p.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, before Magistrate Judge Dulce J. Foster.

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

8. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **June 17, 2025 at 3:00 p.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

9. Trial and trial-related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all the files, records and proceedings herein, including the facts set forth in the Motion. Accordingly, the period of time from **May 13, 2025,** the prior motions deadline, through **May 23, 2025,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated: May 14, 2025                               *s/ Dulce J. Foster*
                                                                    DULCE J. FOSTER
                                                                      United States Magistrate Judge