# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

UNITED STATES OF AMERICA,

Plaintiff,

v.

Latasha Thomas,

Defendant

## COURT MINUTES - CRIMINAL

Case No: 25-cr-12(1) ADM/DJF
Date: February 3, 2026
Court Reporter: Rachel Braun
Courthouse: Minneapolis
Courtroom: 13E
Time Commenced: 11:00 a.m.
Time Concluded: 11:31 a.m.
Time in Court: 31 Minutes

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: Jeanne Semivan, AUSA
For Defendant: Jennifer Rose Congdon, CJA

☒ Sentencing

IT IS ORDERED:
Defendant is sentenced to:

| Count No. | Plea | BOP | SR |
|---|---|---|---|
| Three | X | 12 months | 1 year |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
 ☒ Special assessment in the amount of $100.00
 ☒ Restitution in the amount of $325,159.00
☒ Defendant
***Counts 1-2 & 4-5 are dismissed.
***Doc. No. 107 shall be unsealed at the time the judgment is filed.

s/LPH
Courtroom Deputy